Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LEE MINOR, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>QUINSTREET PL, INC.,<br><br>*Defendant.* | No. 3:25-cv-09348-TLT<br><br>**STIPULATION OF DISMISSAL**<br><br>JUDGE TRINA L. THOMPSON |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Minor and Defendant QuinStreet, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 30th day of July, 2026. Respectfully submitted,

By: /s/ *Rachel E. Kaufman*
Rachel Elizabeth Kaufman
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

By: *Glenn T. Graham*
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5917
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

James B. Saylor (*pro hac vice*)
3 World Trade Center
175 Greenwich St.
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
jsaylor@kelleydrye.com

*Attorneys for Defendant QuinStreet PL, Inc.*

**ECF ATTESTATION**

I, Rachel E. Kaufman, attest that concurrence in this filing has been obtained from the signatories above.

Dated: July 30, 2026 By: *s/ Rachel E. Kaufman*